ALBERT ADAMI et al., Appellants, *v.* DIETRICH O. GERCKEN, Respondent.

*Adami* v. *Gercken*, 164 App. Div. 472, affirmed.
(Submitted May 17, 1917; decided June 5, 1917.)

APPEAL from a judgment entered February 15, 1915, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and directing judgment in favor of defendant. The action was brought for the specific performance of a written contract between the parties for the purchase of certain real estate in New York city. The answer alleged that the plaintiffs' title was derived through a referee's deed given pursuant to a judgment in a partition action and that certain grandchildren of Frederick Schwab, deceased, were not made parties defendants to said partition action, it being claimed that said grandchildren had a contingent interest in the said property pursuant to the will of said deceased. It was also claimed that there is an erroneous description of the property in the contract of purchase because of variations between the lines of East One Hundred and Fifty-first street as legally opened and the lines of Pontiac street as laid down on the map of Wilton as shown on a survey of the property.

*Alfred Steckler* and *Levin L. Brown* for appellants.

*Edward D. Bryde* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, CRANE and ANDREWS, JJ.